# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SHELLY GAIL GIBSON** and
**AFFORDABLE ASSETS REAL ESTATE CO.,** a Florida corporation
Appellants,

v.

**KINGS POINT SIGNATURE REAL ESTATE, LLC,** and
**BEN SCHACHTER,**
Appellees.

No. 4D18-1848

[December 13, 2018]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502017CA010413XXXXMB.

Gary P. Lightman of Lightman & Manochi, Philadelphia, for appellants.

Brian H. Koch of Greenberg Traurig, P.A., Fort Lauderdale, for appellee Kings Point Signature Real Estate, LLC.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***